Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00140-CV

**WEEKS MARINE, INC.**,
Appellant

v.

Laura **GONZALES**,
Appellee

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-03-424
Honorable Alex William Gabert, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice

Delivered and Filed:   December 17, 2008

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have fully compromised and settled all issues in dispute. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.). Costs of appeal are taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM